UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| GARY FLORES, an individual, ) | |
| ) | |
| Plaintiff, ) | 3:09-cv-00501-LRH-RAM |
| ) | |
| v. ) | |
| ) | O R D E R |
| STANDARD INSURANCE COMPANY, ) | |
| an Oregon corporation; and DOES I ) | |
| through 30, inclusive; ) | |
| ) | |
| Defendants. ) | |
| ) | |

The Court has considered the Order of United States Magistrate Judge Robert A. McQuaid (#59) entered on June 9, 2010, in which the Magistrate Judge granted in part and denied in part [32] and [33] Motions to Compel and [36] Motion for Protective Order, and adjusted the scheduling deadlines, stating no further extensions would be granted. Defendant filed a limited objection to the Order (#64) on June 28, 2010, and Plaintiff filed his opposition to the objection (#65) on July 12, 2010. The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636(b)(1)(A) and Local Rule 1B 3-1(a) of the Rules of Practice of the United States District Court for the District of Nevada.

It appearing to the Court that the Magistrate's Order is neither erroneous nor contrary to law, and good cause appearing, the Court determines that the Magistrate's Order (#59) entered on

June 9, 2010, is ADOPTED and ACCEPTED, and

    IT IS ORDERED that [32] and [33] Motions to Compel and [36] Motion for Protective Order are GRANTED IN PART AND DENIED IN PART in accordance with the terms as set forth on the record.

    IT IS FURTHER ORDERED that the scheduling deadlines are adjusted as follows:

- The last day to conduct fact discovery shall be November 30, 2010.
- Disclosure of experts and exchange of expert reports shall be completed by December 31, 2010.
- Disclosure of rebuttal experts and exchange of rebuttal reports shall be accomplished no later than January 31, 2011.
- The last day to take expert depositions shall be February 28, 2011.
- Any dispositive motions shall be filed by April 30, 2011.
- The joint pretrial order shall be filed by May 31, 2011 or thirty (30) days following the decision on any dispositive motions.

    IT IS FURTHER ORDERED that no further extensions shall be granted.

    IT IS SO ORDERED.

    DATED this 3rd day of August, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE